UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

__MOUNT VERNON FIRE INS. CO.__
      Plaintiff(s)

v.                                    CIVIL ACTION NO.  12-00459-WGY

__EL RANCHO AND GEORGE VALLAS__
      Defendant(s)

## JUDGMENT IN A CIVIL CASE

__YOUN, D.J.__

_____    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS  ORDERED AND ADJUDGED:

**For the reasons stated in Findings of Fact, Ruling of Law, this Court declares that because El Rancho De Pancho materially breached the warranty endorsement provisions of the subject policy, coverage is barred under the subject policy for any claims asserted by the Estate against El Rancho De Pancho arising out of the October 9, 2011 accident.**

**Judgment entered for Plaintiff, Mount Vernon Fire Ins. Co.**

                                          ROBERT M. FARRELL
                                          CLERK OF COURT

Dated:  November 22, 2013            By  /s/ Jennifer Gaudet
                                          Deputy Clerk